**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus PADILLA–GOMEZ, also known as, Armando Martinez–Vasquez also known as, Jesus Padilla, Defendant–Appellant.**

No. 05–41468.

United States Court of Appeals, Fifth Circuit.

March 25, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, Mark Michael Dowd, U.S. Attorney's Office Southern District of Texas, Brownsville, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

On Remand from the Supreme Court of the United States

PER CURIAM: *

This case is on remand from the United States Supreme Court, which vacated our judgment, *see United States v. Padilla–Gomez,* 203 Fed.Appx. 597 (5th Cir.2006), and remanded the case to us for further consideration in light of *Lopez v. Gonzales,* 549 U.S. 47, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006). *See Ochoa–Perez v. United States,* —— U.S. ——, 127 S.Ct. 1263, 167 L.Ed.2d 66 (2007).

Padilla–Gomez pleaded guilty to the crime of illegally reentering the United States after deportation, in violation of 8 U.S.C. § 1326. Padilla–Gomez's conviction is AFFIRMED; Padilla–Gomez's sentence is VACATED and REMANDED to the district court for resentencing in accordance with *Lopez.* We express no opinion on the issue of whether the § 2L1.2(b)(1)(C) enhancement was appropriate because Padilla–Gomez's 2000 and 2002 possession offenses qualified as "recidivist possession." [1] *See Lopez,* 127 S.Ct. at 630 n. 6; *United States v. Sanchez–Villalobos,* 412 F.3d 572, 576–77 (5th Cir. 2005).

\*      \*      \*

THE CLERK IS INSTRUCTED TO ISSUE THE MANDATE FORTHWITH.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. Padilla–Gomez was convicted of three state felony drug offenses, first on August 23, 1994, second on August 9, 2000, and third on October 3, 2002. PSR, ¶¶ 21, 28, 30.